BEFORE THE SECOND DIVISION, APRIL 8, 1948

No. 52259.—S. Ontra & Bro., Inc., et al. v. United States, protests 512151–G, etc. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.